John H. Lovell, SBN: 12609300
Joe Lovell, SBN: 12609100
Deborah D. Reeves, SBN: 24006668
LOVELL, LOVELL, NEWSOM & ISERN L.L.P.
112 West 8th Ave., Suite 1000
Amarillo, Texas 79101-2314
Telephone: 806/373-1515
Facsimile: 806/379-7176

Joseph D. Martinec, SBN 13137500
MARTINEC, WINN, VICKERS & MCELROY, P.C.
600 Congress Avenue, Suite 500
Austin, TX 78701-2957
(512) 476-0750/Fax (512) 476-0753
martinec@mwvmlaw.com

Nancy J. Stone, SBN 19297800
Maxor Building, Suite 820
320 South Polk Street, LB 32
Amarillo, Texas 79101
(806) 374-9300/Fax (806) 373-3008
stone@nancyjstone.com

ATTORNEYS FOR BANJO, INC., C. C. BURGESS, CAMPBELL BURGESS, CARSON HERRING BURGESS, CORNELIA J. SLEMP TRUST, DENNIS DOUGHERTY, FRANCES MADDOX ESTATE, CHARLOTTE BURGESS GRIFFITHS, HERON LAND COMPANY, HERRING BANK, PAUL R. KING, LOUISE JOHNSON THOMAS TRUST, DON STORSETH, AND ROBERT L. TEMPLETON

ATTORNEYS FOR CATHERINE D. KOEHLER, MARY C. SCHOOLER, INDIVIDUALLY AND AS TRUSTEE OF THE MARY C. SCHOOLER TRUST, LOUISE TRAMMELL CONLEY, INDIVIDUALLY AND AS TRUSTEE OF THE LOUISE TRAMMELL TRUST, SCHOOLER PROPERTIES, LTD., JRK–CDK, LTD., LKC–CDK, LTD., MKS–CDK, LTD., CHRISTI COCKE TRAMMELL, CATHERINE SUZANNE SCHOOLER, MAURICE SCHOOLER AS CUSTODIAN FOR AUGUSTINE WENDT, ERIN WENDT AND KOEHLER WENDT, AND MARTY ROWLEY, AS TRUSTEE OF THE SCHOOLER/CONLEY CREDITORS' LIQUIDATION TRUST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMERICAN HOUSING FOUNDATION | § | Case No. 09-20232-RLJ-11 |
| | § | |
| Debtor. | § | |

**INDEX**

CORRECTED AMENDED JOINT DESIGNATION OF RECORD
ON APPEAL AND STATEMENT OF ISSUES

The following appellants listed below (collectively, the "Appellants") file this their *Corrected Amended Joint Designation of Record on Appeal and Statement of Issues* regarding the Notices of Appeal filed at Docket Nos. 2773 and 2774.

| Appellants | |
|---|---|
| Banjo, Inc. | Catherine D. Koehler |
| C. C. Burgess | Mary C. Schooler, individually and as Trustee of the Mary C. Schooler Trust |
| Campbell Burgess | |
| Carson Herring Burgess | Louise Trammell Conley, individually and as Trustee of the Louise Trammell Trust |
| Cornelia J. Slemp Trust | Schooler Properties, Ltd. |
| Dennis Dougherty | JRK–CDK, Ltd. |
| Frances Maddox Estate | LKC–CDK, Ltd. |
| Charlotte Burgess Griffiths | MKS–CDK, Ltd. |
| Heron Land Company | Christi Cocke Trammell |
| Herring Bank | Catherine Suzanne Schooler |
| Paul R. King | Maurice Schooler as Custodian for Augustine Wendt, Erin Wendt and Koehler Wendt |
| Louise Johnson Thomas Trust | |
| Don Storseth | Marty Rowley, as Trustee of the Schooler/Conley Creditors' Liquidation Trust |
| Robert L. Templeton | |

## I.
## DESIGNATION OF RECORD

Vol. 3
Vol. 4

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| 1. pg. # 507 | 1660 | Joint Chapter 11 Plan Filed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors |
| 2. 608 | 1736 | First Amended Disclosure Statement to First Amended Joint Chapter 11 Plan Filed by Chapter 11 Trustee and Official Committee of Unsecured Creditors |
| 3. 772 | 1747 | First Amended Joint Chapter 11 Plan Filed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors |
| 4. 874 | 1768 | Certificate of Service — Solicitation Package |
| 5. 909 | 1831 | Objection of Robert L. Templeton, Independent Executor of the Frances E. Maddox Estate, to Confirmation of First Amended Joint Chapter 11 Filed By the Trustee and the Official Committee of Unsecured Creditors (Re: Docket No. 1747) |
| 6. 927 | 1895 | Ballot Certification of Marcus Helt Regarding Tabulation of Votes in Connection With First Amended Joint Chapter 11 Plan Filed by Chapter 11 Trustee and Official Committee of |

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| | | Unsecured Creditors |
| 7. pg. #952 | 1903 | First Amended Ballot Certification of Marcus Helt Regarding Tabulation of Votes in Connection with First Amended Joint Chapter 11 Plan Filed by Chapter 11 Trustee and Official Committee of Unsecured Creditors |
| 8. 976 | 1909 | Second Amended Joint Chapter 11 Plan Filed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors Dated: December 6, 2010 |
| 9. 1079 | 1910 | Proposed Exhibit A to Order on Chapter 11 Plan (Second Amended Joint Chapter 11 Plan) |
| 10. 1191 | 1918 | Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint Chapter 11 Plan Filed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors |
| 11. 1242 | 1924 | Court Admitted Exhibits (1-24(c)) |
| 12. 2866 | 1924 | Court Admitted Exhibits — Exhibit Herring Bank 100 |
| 13. 2870 | 1966 | Notice of (I) Entry of the Confirmation Order, (II) Occurrence of the Effective Date, (Iii) Administrative Claims Bar Date, (IV) Rejection Claims Bar Date, (V) Professional Fee Claims Bar Date, and (VI) Related Notice |
| 14. 2874 | 2327 | Motion for Authority to File Objection to Claims Per Confirmed Plan (LIHTC Walden II) |
| 15. 2904 | 2328 | Motion for Authority to File Objection to Claims per Confirmed Plan (LIHTC Com. Dev. No. 3) |
| 16. 2938 | 2348 | Emergency Motion for Interim and Final Order Establishing Procedures for Certain Adversary Proceedings Filed by Trustee Under 11 U.S.C. §§ 541, 544, 547, 548 or 553 |
| 17. 2951 | 2360 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02011, versus Louise Johnson Thomas Trust, John Does 1-50, and ABC Entities 1-50 |
| 18. 2975 | 2361 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02012, versus Cornelia Johnson Slemp Trust, John Does 1-50, and ABC Entities 1-50 |
| 19. 2999 | 2362 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02013, versus Cole Partners, Ltd, John Does 1-50, and ABC Entities 1-50 |
| 20. 3018 | 2363 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02014, versus Greystone |

Vol. 5
Vol. 6
Vol. 6-13
Vol. 13

Vol. 14

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| | | Servicing Corp., John Does 1-50, and ABC Entities 1-50 |
| 21. pg.# 3041 | 2364 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02015, versus Jay House, John Does 1-50, and ABC Entities 1-50 |
| 22. 3058 | 2365 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02016, versus Banjo, Inc., John Does 1-50, and ABC Entities 1-50 |
| 23. 3082 | 2366 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02017, versus JETPROP, LLC, John Does 1-50, and ABC Entities 1-50 |
| 24. 3099 | 2367 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02018, versus Mountainview Securities, LLC f/k/a Capmark Securities, Inc., John Does 1-50, and ABC Entities 1-50 |
| 25. 3112 | 2368 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02019, versus Grandbridge Real Estate Capital LLC, John Does 1-50, and ABC Entities 1-50 |
| 26. 3135 | 2369 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02020, versus Louise Trammel Trust, John Does 1-50, and ABC Entities 1-50 |
| 27. 3154 | 2370 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02021, versus Luxor Oil & Gas, Inc., John Does 1-50, and ABC Entities 1-50 |
| 28. 3178 | 2371 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02022, versus John C. Sterquell, John Does 1-50, and ABC Entities 1-50 |
| 29. 3201 | 2372 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02023, versus Herring Bank, John Does 1-50, and ABC Entities 1-50 |
| 30. 3226 | 2373 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02024, versus Mack Gordon, John Does 1-50, and ABC Entities 1-50 |
| 31. 3250 | 2374 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02025, versus Don Storseth, John Does 1-50, and ABC Entities 1-50 |
| 32. 3274 | 2375 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02026, versus Blue Ridge |

Vol. 15

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| | | Law, LLC, John Does 1-50, and ABC Entities 1-50 |
| 33. pg. #3291 | 2376 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02027, versus C.C. Burgess, John Does 1-50, and ABC Entities 1-50 |
| 34. 3315 | 2377 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02028, versus PDW Construction, L.L.C., John Does 1-50, and ABC Entities 1-50 |
| 35. 3335 | 2378 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02029, versus Tradewind Aircraft Service Center, Ltd., John Does 1-50, and ABC Entities 1-50 |
| 36. 3354 | 2379 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02030, versus Alliance Housing Group, John Does 1-50, and ABC Entities 1-50 |
| 37. 3373 | 2380 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02031, versus Republic Title of Texas, Inc., John Does 1-50, and ABC Entities 1-50 |
| 38. 3390 | 2381 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02032, versus Matt Malouf, John Does 1-50, and ABC Entities 1-50 |
| 39. 3414 | 2382 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02033, versus Residential Housing Construction, Inc., John Does 1-50, and ABC Entities 1-50 |
| 40. 3434 | 2383 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02034, versus Minerva Partners, Ltd., John Does 1-50, and ABC Entities 1-50 |
| 41. 3458 | 2384 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02035, versus Happy State Bank, John Does 1-50, and ABC Entities 1-50 |
| 42. 3482 | 2385 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02036, versus Realty Predevelopment, Inc., John Does 1-50, and ABC Entities 1-50 |
| 43. 3501 | 2386 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02037, versus Credit Realty Investments, Inc., John Does 1-50, and ABC Entities 1-50 |
| 44. 3524 | 2387 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02038, versus G. William |

Vol. 16

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
|  |  | Little, John Does 1-50, and ABC Entities 1-50 |
| 45. pg. #3542 | 2388 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02039, versus Joan Graham, John Does 1-50, and ABC Entities 1-50 |
| 46. 3561 | 2389 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02040, versus W&K Akard Plaza Limited Partnership, John Does 1-50, and ABC Entities 1-50 |
| 47. 3584 | 2390 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02041, versus International Hospital Corporation, John Does 1-50, and ABC Entities 1-50 |
| 48. 3603 | 2391 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02042, versus Thomas Gibson, John Does 1-50, and ABC Entities 1-50 |
| 49. 3626 | 2392 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02043, versus Gary Graham, John Does 1-50, and ABC Entities 1-50 |
| 50. 3650 | 2393 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02044, versus FAA Credit Union, John Does 1-50, and ABC Entities 1-50 |
| 51. 3673 | 2394 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02045, versus Martha Templeton, John Does 1-50, and ABC Entities 1-50 |
| 52. 3697 | 2395 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02046, versus A&R Mechanical Services, Inc., John Does 1-50, and ABC Entities 1-50 |
| 53. 3714 | 2396 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02047, versus A&S General Contractors, Inc., John Does 1-50, and ABC Entities 1-50 |
| 54. 3733 | 2397 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02048, versus Heron Land Company, John Does 1-50, and ABC Entities 1-50 |
| 55. 3757 | 2398 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02049, versus Sherbert Consulting, Inc., John Does 1-50, and ABC Entities 1-50 |
| 56. 3776 | 2399 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02050, versus Polan Culley, |

Vol. 17

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
|  |  | Inc., John Does 1-50, and ABC Entities 1-50 |
| 57. pg. # 3791 | 2400 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02051, versus Halff Associates, Inc., John Does 1-50, and ABC Entities 1-50 |
| 58. 3810 | 2401 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02052, versus James Fletcher, John Does 1-50, and ABC Entities 1-50 |
| 59. 3833 | 2402 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02053, versus R. D. Barron, John Does 1-50, and ABC Entities 1-50 |
| 60. 3856 | 2403 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02054, versus David Miller, John Does 1-50, and ABC Entities 1-50 |
| 61. 3880 | 2404 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02055, versus J4 Development, LP, John Does 1-50, and ABC Entities 1-50 |
| 62. 3899 | 2405 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02056, versus Hawker Beechcraft Corporation, John Does 1-50, and ABC Entities 1-50 |
| 63. 3918 | 2406 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02057, versus Krauter & Company, LLC, John Does 1-50, and ABC Entities 1-50 |
| 64. 3933 | 2407 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02058, versus Winthrop & Weinstine, P.A., John Does 1-50, and ABC Entities 1-50 |
| 65. 3952 | 2408 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02059, versus SLA Studio Land, Inc., John Does 1-50, and ABC Entities 1-50 |
| 66. 3970 | 2409 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02060, versus R&B Wholesale, Inc., John Does 1-50, and ABC Entities 1-50 |
| 67. 3987 | 2410 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02061, versus Jauquin, L.L.C, John Does 1-50, and ABC Entities 1-50 |
| 68. 4010 | 2411 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02062, versus Charlotte Burgess, John Does 1-50, and ABC Entities 1-50 |

Vol. 18

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| 69. pg. #4034 | 2412 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02063, versus TC Construction, LLC, John Does 1-50, and ABC Entities 1-50 |
| 70. 4051 | 2413 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02064, versus Susan Miller, John Does 1-50, and ABC Entities 1-50 |
| 71. 4075 | 2415 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02065, versus Hope Housing Foundation f/k/a Mid-Continent Community Development Corp., John Does 1-50, and ABC Entities 1-50 |
| 72. 4099 | 2416 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02066, versus First Enterprise Bank, John Does 1-50, and ABC Entities 1-50 |
| 73. 4116 | 2417 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02067, versus Lubbock Abstract & Title Company, John Does 1-50, and ABC Entities 1-50 |
| 74. 4133 | 2418 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02068, versus Paramount Painting & Industrial Services, Ltd., John Does 1-50, and ABC Entities 1-50 |
| 75. 4150 | 2419 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02069, versus Metroplex Greenhaven Landscape, Inc., John Does 1-50, and ABC Entities 1-50 |
| 76. 4167 | 2420 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02070, versus Berkadia Commercial Mortgage LLC f/k/a Capmark Finance Inc., John Does 1-50, and ABC Entities 1-50 |
| 77. 4186 | 2421 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02071, versus Mary Catherine Schooler Trust, John Does 1-50, and ABC Entities 1-50 |
| 78. 4205 | 2422 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02072, versus Frances Maddox Estate, John Does 1-50, and ABC Entities 1-50 |
| 79. 4229 | 2423 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02073, versus Carson Burgess, John Does 1-50, and ABC Entities 1-50 |

Vol. 19

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| 80. pg.#4253 | 2424 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02074, versus Premier Air Center, Inc., John Does 1-50, and ABC Entities 1-50 |
| 81. 4272 | 2425 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02075, versus Rico Aviation, LLC, John Does 1-50, and ABC Entities 1-50 |
| 82. 4289 | 2426 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02076, versus Crime Strike Defense, Inc., John Does 1-50, and ABC Entities 1-50 |
| 83. 4306 | 2427 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02077, versus Paul R. King, Jr., John Does 1-50, and ABC Entities 1-50 |
| 84. 4330 | 2428 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02078, versus Dennis Dougherty, John Does 1-50, and ABC Entities 1-50 |
| 85. 4354 | 2429 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02079, versus West Texas Mechanical, Inc. of Lubbock, John Does 1-50, and ABC Entities 1-50 |
| 86. 4373 | 2430 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02080, versus Strategic Property Tax Advisors, Inc., John Does 1-50, and ABC Entities 1-50 |
| 87. 4392 | 2431 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02081, versus Residential Entertainment Group, Inc., John Does 1-50, and ABC Entities 1-50 |
| 88. 4409 | 2432 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02082, versus Collateral Real Estate Capital, LLC, John Does 1-50, and ABC Entities 1-50 |
| 89. 4426 | 2433 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02083, versus Architettura Inc., John Does 1-50, and ABC Entities 1-50 |
| 90. 4445 | 2434 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02084, versus Brewer Aviation, LLC, John Does 1-50, and ABC Entities 1-50 |
| 91. 4462 | 2435 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02085, versus Anthony L. |

Vol. 20

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| | | Harwell, Sr., John Does 1-50, and ABC Entities 1-50 |
| 92. pg.# 4486 | 2436 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02086, versus Anthony L. Harwell, Jr., John Does 1-50, and ABC Entities 1-50 |
| 93. 4510 | 2437 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02087, versus West Star Aviation, Inc., John Does 1-50, and ABC Entities 1-50 |
| 94. 4529 | 2438 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02088, versus Engle Martin & Associates, Inc., John Does 1-50, and ABC Entities 1-50 |
| 95. 4549 | 2439 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02089, versus Phillip and Carol Wolfe Enterprises, Ltd., John Does 1-50, and ABC Entities 1-50 |
| 96. 4568 | 2441 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02090, versus Jet Support Services, Inc., John Does 1-50, and ABC Entities 1-50 |
| 97. 4587 | 2442 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02091, versus FlightSafety International, Inc., John Does 1-50, and ABC Entities 1-50 |
| 98. 4604 | 2443 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02092, versus Jet Aviation Texas, Inc., John Does 1-50, and ABC Entities 1-50 |
| 99. 4621 | 2444 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02093, versus Bank of America Corporation, John Does 1-50, and ABC Entities 1-50 |
| 100. 4640 | 2445 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02094, versus AHF Community Development, LLC, John Does 1-50, and ABC Entities 1-50 |
| 101. 4662 | 2446 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02095, versus Kutak Rock, John Does 1-50, and ABC Entities 1-50 |
| 102. 4679 | 2447 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02096, versus Capital One, John Does 1-50, and ABC Entities 1-50 |
| 103. 4695 | 2448 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02097, versus Stewart Title |

Vol. 21

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| | | of Amarillo, Inc., John Does 1-50, and ABC Entities 1-50 |
| 104. pg. #4712 | 2449 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02098, versus Stewart Title of Glenwood Springs, Inc., John Does 1-50, and ABC Entities 1-50 |
| 105. 4729 | 2450 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02099, versus Sterquell Irrevocable Family Trust, John Does 1-50, and ABC Entities 1-50 |
| 106. 4746 | 2451 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02100, versus First Community Bank f/k/a First State Bank of Santa Fe, John Does 1-50, and ABC Entities 1-50 |
| 107. 4763 | 2452 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02101, versus Sterquell Profit Sharing Trust, John Does 1-50, and ABC Entities 1-50 |
| 108. 4786 | 2453 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02102, versus Attebury Family Partnership, L.P., John Does 1-50, and ABC Entities 1-50 |
| 109. 4800 | 2454 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02103, versus CitiGroup Global Markets, Inc., John Does 1-50, and ABC Entities 1-50 |
| 110. 4816 | 2455 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02104, versus Scott D. Rice Trust 2001, John Does 1-50, and ABC Entities 1-50 |
| 111. 4833 | 2456 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02105, versus Scott Rice, John Does 1-50, and ABC Entities 1-50 |
| 112. 4857 | 2457 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02106, versus Chase Bank, John Does 1-50, and ABC Entities 1-50 |
| 113. 4875 | 2458 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02107, versus American Express Travel Related Services Company, Inc., John Does 1-50, and ABC Entities 1-50 |
| 114. 4900 | 2459 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02108, versus Neal, Gerber & Eisenberg LLP, John Does 1-50, and ABC Entities 1-50 |

Vol. 22

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| 115. pg. #4916 | 2460 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02109, versus Column Guaranteed LLC, John Does 1-50, and ABC Entities 1-50 |
| 116. 4935 | 2461 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02110, versus Prudential Asset Resources, Inc., John Does 1-50, and ABC Entities 1-50 |
| 117. 4952 | 2462 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02111, versus Soak Creek Partners, L.P., John Does 1-50, and ABC Entities 1-50 |
| 118. 4971 | 2463 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02112, versus MBNA Corporation, John Does 1-50, and ABC Entities 1-50 |
| 119. 4990 | 2464 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02113, versus Cimarron Aircraft Corporation, John Does 1-50, and ABC Entities 1-50 |
| 120. 5009 | 2465 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02114, versus Stearns Financial Services, John Does 1-50, and ABC Entities 1-50 |
| 121. 5028 | 2466 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02115, versus MM Millennium Trust FG, John Does 1-50, and ABC Entities 1-50 |
| 122. 5045 | 2467 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02116, versus William C. Dunlap, Jr., John Does 1-50, and ABC Entities 1-50 |
| 123. 5062 | 2468 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02117, versus Oly Residual, LP, John Does 1-50, and ABC Entities 1-50 |
| 124. 5081 | 2469 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02118, versus John Wayne Moore, John Does 1-50, and ABC Entities 1-50 |
| 125. 5098 | 2470 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02119 versus Juaquin, L.L.C., John Does 1-50, and ABC Entities 1-50 |
| 126. 5115 | 2471 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02120, versus S.G. Johnston Estate, John Does 1-50, and ABC Entities 1-50 |
| 127. 5134 | 2472 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02121, versus Rainier American Investors I, LLC, Rainier American Investors II, |

Vol. 23

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| | | LLC, Rainier American Investors III, LLC, Rainier Capital Management, L.P., John Does 1-50, and ABC Entities 1-50 |
| 128. Pg.#5155 | 2473 | *Trustee's Complaint to Recover Avoidable Transfers and Obtain Other Relief*, Adv. No. 11-02122, versus Russell L. Robinson, Terrence Beebe, John Does 1-50, and ABC Entities 1-50 |
| 129. 5172 | 2520 | Transcript of Excerpt Proceedings, Hearing and Court's Ruling for Hearing Held 12/01/10 (Dated 11/30/10) |
| 130. 5206 | 2569 | Motion for Authority to File Objection to Claim Per Confirmed Plan (Rainier and Koehler Related Claimants) |
| 131. 5228 | 2574 | Notice of Hearing for Motion for Authority to File Objection to Claim Per Confirmed Plan (Rainier and Koehler Related Claimants) |
| 132. 5231 | 2590 | Motion for Authority to File Objection to Claims Per Confirmed Plan (William Scott and William Scott IRA Claims) |
| 133. 5251 | 2591 | First Amended Motion for Authority to File Objection to Claim Per Confirmed Plan (Rainier and Koehler Related Claimants) |
| 134. 5280 | 2592 | Motion for Authority to File Objection to Claims Per Confirmed Plan [Burgess Related Claimants] |
| 135. 5310 | 2594 | Motion for Authority to File Objection to Claims Per Confirmed Plan (Goz No. 3, Ltd. Related Claimants) |
| 136. 5343 | 2595 | Motion for Authority to File Objection to Claims Per Confirmed Plan [Dasadi Holdings, Ltd. and GS Holdings, Ltd.] |
| 137. 5360 | 2596 | Oversight Committee's Response to Motion for Authority to File Objection to Claims Per Confirmed Plan (Docket #2327 and Docket #2328) as Well as Similar Motions filed on Behalf of the Trustee (#2569, #2591, #2590, #2592 and #2594) |
| 138. 5368 | 2612 | Motion for Authority to File Objection to Claims Per Confirmed Plan (Herring Bank and Vaudrey Capital LP) |
| 139. 5392 | 2616 | Motion for Authority to File Objection to Claims Per Confirmed Plan [Capital One, N.A.] |
| 140. 5408 | 2618 | Objection to Emergency Motion for Interim and Final Orders Establishing Procedures for Certain Adversary Proceedings |
| 141. 5419 | 2619 | Objection to Motion for Authority to File Objection to Claims Per Confirmed Plan and First Amended Motion (Rainier and |

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| | | Koehler Related Claimants) |
| 142. pg.#5426 | 2620 | Liquidating Trustee's Reply to Oversight Committee's Response to Motions for Authority to File Objections to Claims Per Confirmed Chapter 11 Plan [Related Docket No. 2596] |
| 143. 5444 | 2621 | Motion for Authority to File Objections to Claims Per Confirmed Plan [Duplicate Claims, Claims against Non-debtor Entities, and Tax Credit Partners] |
| 144. 5450 | 2624 | Objection of Mary C. Schooler and Louise Trammell Conley to First Amended Motion for Authority to File Objection to Claims Per Confirmed Plan (Rainier and Koehler Related Claimants) |
| 145. 5453 | 2627 | Witness and Exhibit List of the Oversight Committee for Hearings on Motions for Authority to File Objection to Claims Per Confirmed Plan Scheduled for May 19, 2011 |
| 146. 5456 | 2628 | Notice of Hearing |
| 147. 5459 | 2630 | Creditors' Trust Objection to Emergency Motion for Interim and Final Order Establishing Procedures for Certain Adversary Proceedings Filed by Trustee Under 11 Usc §§541, 544, 547, 548, or 553 (Docket No. 2348) |
| 148. 5470 | 2631 | Creditors' Objection to Emergency Motion for Interim and Final Order Establishing Procedures for Certain Adversary Proceedings Filed by Trustee Under 11 U.S.C. §§ 541, 544, 547, 548, or 553 (Docket No. 2348) |
| 149. 5476 | 2632 | Creditors' Objection to Emergency Motion for Interim and Final Order Establishing Procedures for Certain Adversary Proceedings Filed by Trustee Under 11 U.S.C. §§ 541, 544, 547, 548 or 553 (Docket No. 2348) |
| 150. 5481 | 2633 | Objection of Robert L. Templeton, Independent Executor of the Frances E. Maddox Estate and Robert L. Templeton, to (I) the Liquidating Trustee's Emergency Motion for Interim and Final Orders Establishing Procedures for Certain Adversary Proceedings Filed by the Trustee Under §§541, 544, 547, 548 or 553 (Docket No. 2348) and (Ii) Interim Order Granting Emergency Motion for Interim and Final Order Establishing Procedures for Certain Adversary Proceedings Filed by Trustee Under 11 U.S.C. §§ 541, 544, 547, 548, or 553 (Docket No. 2414) |
| 151. 5489 | 2636 | Amended Objection to Emergency Motion for Interim and Final Order Establishing Procedures for Certain Adversary |

Vol. 24

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| | | Proceedings Filed by Trustee Under 11 U.S.C. §§ 541, 544, 547, 548, or 553(Docket No. 2348) Modifying Creditors' Trust Objection (Doc#2630) |
| 152. pg. #5502 | 2642 | Reply to Liquidating Trustee's Response to Oversight Committee's Response to Motions for Authority to File Objections to Claims Per Confirmed Plan |
| 153. 5506 | 2639 | Motion for Authority to File Objection to Claims Per Confirmed Plan |
| 154. 5512 | 2645 | Oversight Committee's Response to Motion for Authority to File Objection to Claims Per Confirmed Plan (Docket #2595) as Wellas Similar Motions filed on Behalf of the Trustee (#2612, #2616,#2621 and #2639) |
| 155. 5522 | 2647 | Witness and Exhibit List filed by Rainier American Investors I,LLC, Rainier American Investors II, LLC and Rainier American Investors III, LLC |
| 156. 5525 | 2654 | Supplemental Witness and Exhibit List of the Oversight Committee for Hearings on Motions for Authority to File Objection to Claims Per Confirmed Plan Scheduled for May 24, 2011 |
| 157. 5528 | 2655 | Witness and Exhibit List of Creditors for Emergency Motion for Interim and Final Order Establishing Procedures for Certain Adversary Proceedings filed by Trustee Under 11 U.S.C. §§ 541,544, 547, 548 or 553 (Docket No. 2348) |
| 158. 5531 | 2657 | Witness and Exhibit List for Hearing Scheduled May 24, 2011 |
| 159. 5533 | 2661 | Second Supplemental Witness and Exhibit List of the Oversight Committee for Hearings on Motions for Authority to File Objection to Claims Per Confirmed Plan Scheduled for May 24, 2011 |
| 160. 5537 | 2665 | Court Admitted Exhibits at Hearing on 5/24/11 |
| 161. 5578 | 2668 | Order on Liquidating Trustee's Motions for Authority to File Objections to Claims Per Confirmed Plan and with Respect to Adversary Proceedings filed by Liquidating Trustee |
| 162. 5580 | 2713 | Cost/Benefit Analysis filed by Chapter 11 Trustee Walter O'Cheskey |
| 163. 5592 | 2714 | Letter Response filed by Oversight Committee |
| 164. 5630 | | Transcript of Hearing from December 1, 2010 |
| 165. 5729 | | Transcript of Hearing from May 24, 2011 |

Vol. 25

| Tab No. | Docket No. | Document Description / Title |
|---|---|---|
| 166. | 5950 | Transcript of Hearing from June 9, 2011 |

pg. # ending #5966

The Appellants incorporates by reference herein to this designation any items designated by any other Appellant to this Appeal.

## II.
## STATEMENT OF ISSUES

This appeal arises from the Bankruptcy Court's rulings set forth in the *Order Granting Trustee's Motions for Authority to File Objections to Claims* (Related Docket Nos. 2327, 2328, 2569, 2590, 2591, 2592, 2594, 2595, 2612, 2616, 2621, and 2639) dated June 7, 2011 [Docket No. 2697] and Supplemental Order of June 10, 2011 [Docket No. 2722] raising the following issues for this appeal:

1. Did the Bankruptcy Court err in prematurely terminating the hearing on the *Liquidating Trustee's Motions for Authority to File Objections to Claims* [Docket Nos. 2327, 2328, 2590, 2591, 2569, 2592, 2594, 2595, 2612, 2616, 2621, 2639] held on May 24, 2011 before all parties at the hearing had an opportunity to complete the evidentiary record?

2. Did the Bankruptcy Court err in entering the Order of June 10, 2011 [Docket No. 2722] because such order was a product of a hearing for which the affected parties received no notice as required by Bankruptcy Rule 9014(a)?

3. Did the Bankruptcy Court err in entering the Order of June 10, 2011 [Docket No. 2722] because such order was a product of a hearing for which no motion was filed seeking such relief as required by Bankruptcy Rule 9014(a)?

4. In its Order of June 10, 2011 [Docket No. 2722], did the Bankruptcy Court err in its interpretation of certain provisions (Sections 9.1 and 10.02) of the confirmed plan of reorganization [Docket No. 1909] to authorize the filing of various objections to claims and adversary proceedings?

5. Did the Bankruptcy Court fail to make findings of fact and conclusions of law on the record in support of its June 10, 2011 order [Docket No. 2722] as required by Fed.R.Civ.P. 52, Bankruptcy Rules 7052 and 9014?

6. Did the Bankruptcy Court err in its implementation of certain provisions (Sections 9.01 and 10.02) in the confirmed plan of reorganization [Docket No. 1909] to authorize the filing of various objections to claims and adversary proceedings?

Dated: July 15, 2011                Respectfully Submitted:

LOVELL, LOVELL, NEWSOM & ISERN, L.L.P.
Joe L. Lovell, SBT: 12609100
John H. Lovell, SBT: 12609300
Deborah D. Reeves, SBT: 24006668
112 West 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Telephone: (806) 373-1515
Facsimile: (806) 379-7176

By: ____/s/ John H. Lovell_____
    John H. Lovell

ATTORNEYS FOR BANJO, INC., C. C. BURGESS, CAMPBELL BURGESS, CARSON HERRING BURGESS, CORNELIA J. SLEMP TRUST, DENNIS DOUGHERTY, FRANCES MADDOX ESTATE, CHARLOTTE BURGESS GRIFFITHS, HERON LAND COMPANY, HERRING BANK, PAUL R. KING, LOUISE JOHNSON THOMAS TRUST, DON STORSETH, AND ROBERT L. TEMPLETON

- and -

MARTINEC, WINN, VICKERS & MCELROY, P.C.
600 Congress Avenue, Suite 500
Austin, TX 78701
(512) 476-0750/FAX (512) 476-0753
martinec@mwvmlaw.com

By:    /s/Joseph D. Martinec*_____
    Joseph D. Martinec
    State Bar No. 13137500

Nancy J. Stone
State Bar No. 19297800
Maxor Building, Suite 820
320 South Polk Street, LB 32
Amarillo, Texas 79101
Telephone: (806) 374-9300
Facsimile: (806) 373-3008
stone@nancyjstone.com

ATTORNEYS FOR CATHERINE D. KOEHLER, MARY C. SCHOOLER, INDIVIDUALLY AND AS TRUSTEE OF THE MARY C. SCHOOLER TRUST, LOUISE TRAMMELL CONLEY, INDIVIDUALLY AND AS TRUSTEE OF THE LOUISE TRAMMELL TRUST, SCHOOLER PROPERTIES, LTD., JRK–CDK, LTD., LKC–CDK, LTD., MKS–CDK, LTD., CHRISTI COCKE TRAMMELL, CATHERINE SUZANNE SCHOOLER, MAURICE SCHOOLER AS CUSTODIAN FOR AUGUSTINE WENDT, ERIN WENDT AND KOEHLER WENDT, AND MARTY ROWLEY, AS TRUSTEE OF THE SCHOOLER/CONLEY CREDITORS' LIQUIDATION TRUST

*Signature by permission by /s/ Joe L. Lovell.

## CERTIFICATE OF SERVICE

I hereby certify that notice of this document is being served electronically through the Court's ECF noticing system and that a true and correct copy of the foregoing Designation of Record on Appeal and Statement of Issues has been served on the parties listed below via separate email on this 5th day of July, 2011.

Max R. Tarbox
Tarbox Law, P.C.
2301 Broadway
Lubbock, Texas 79401

Stephen A. McCartin
Marcus A. Helt
Gardere Wynne Sewell, LLP
1601 Elm Street, Ste. 3000
Dallas, Texas 75201-4761

      /s/ Joe L. Lovell
      One of Counsel